IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00146 |
| | ) | JUDGE SHARP |
| RICHARD FLETCHER | ) | |

## MOTION TO REQUEST REDACTION

The defendant, Richard Fletcher, through counsel, respectfully requests redaction of certain personal information in the transcript of the Suppression Hearing prepared April 4, 2012 (D.E. 30). In support of this motion, Mr. Fletcher would show the following: The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed.

In this case, the following information should be redacted from the transcript at the time of filing: the street address found on Page 98, Line 6.

Respectfully submitted,

s/ Caryll S. Alpert
Caryll S. Alpert
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Richard Fletcher

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2012, I electronically filed the foregoing Motion to Request Redaction with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ Caryll S. Alpert