**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:11-00146** |
| | ) | |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **RICHARD FLETCHER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith,

Defendant Richard Fletcher's *Motion to Suppress* (Docket Entry No. 21) is hereby DENIED.

It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1