UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:11-00146 |
| | ) | Judge Sharp |
| **RICHARD FLETCHER, JR.** | ) | |

## ORDER

Within thirty (30) days of the entry of this Order, the Government shall file a response to Defendant's Motion for Correction of Imposed Sentence (Docket No. 61).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE